UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:10-cr-238-GMN-RJJ |
| vs. ) | |
| MICHAEL COPPING, ) | O R D E R |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on Defendant's Motion Authorizing Contact Visit (#24).

The Court having reviewed the Motion (#24) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion Authorizing Contact Visit (#24) is **DENIED**.

DATED this  30th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge