# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 10-cr-00238-GMN-RJJ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MICHAEL COPPING, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Defendant Michael Copping's Objections to the Magistrate Judge's Order denying Defendant's Motion to Dismiss Counsel (ECF No. 50). The Defendant timely filed his Objections on October 19, 2011, approximately two weeks after the Magistrate Judge held a sealed hearing on October 4, 2011, where the Magistrate Judge addressed the Defendant's Motion to Dismiss Counsel (ECF No. 45) which was filed on September 23, 2011. In accordance with Local Rule IB 3-1, the Court has reviewed the Objections, the prior motion and a recording of the hearing. The Court does not find that the ruling is clearly erroneous or contrary to law.

**IT IS HEREBY ORDERED** that Defendant's Objections (ECF No. 50) are **OVERRULED** and Magistrate Judge George Foley, Jr.'s Order denying Defendant's Motion to Dismiss Counsel (ECF No. 47) is **AFFIRMED**.

DATED this 15th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge