____✓ FILED                  ____ RECEIVED
____ ENTERED                 ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            MAR 2 0 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9

10

11

12

13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL COPPING, )<br><br>Defendant. ) | 2:10-CR-238-GMN (GWF) |

14

## ORDER OF FORFEITURE

15    This Court found on December 8, 2011, that MICHAEL COPPING shall pay a criminal

16  forfeiture money judgment of $275,110.00 in United States Currency, pursuant to Fed. R. Crim. P.

17  32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title 18, United

18  States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18,

19
20  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

21  Title 18, United States Code, Section 982(a)(1). Docket #67.

22    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

23  States recover from MICHAEL COPPING a criminal forfeiture money judgment in the amount of

24  $275,110.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21,

25  United States Code, Section 853(a)(1), (a)(2), and (p); Title 18, United States Code, Section

26  . . .

981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States

Code, Section 982(a)(1).

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE